UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA FERREIRA DA SILVA, | Case No. 20-cv-02301-VC  (PR) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| | **WITHOUT PREJUDICE** |
| KIRSTEN NIELSEN, et al., | |
| Respondents. | |

On April 6, 2020, Alexandria Ferreira da Silva, a federal detainee proceeding pro se, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 18, 2020, court mail was returned as undeliverable because Ferreira da Silva was out of custody.  Pursuant to Northern District Civil Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  *See* Civil L.R. 3-11(a).  The court may, without prejudice, dismiss a petition when: (1) court mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address.  *See* Civil L.R. 3-11(b).

More than sixty days have passed since the mail sent to Ferreira da Silva by the court was returned as undeliverable and the court has not received a notice from Ferreira da Silva of her current address.  Accordingly, the petition is DISMISSED without prejudice pursuant to Rule 3-

11 of the Northern District Local Rules.  The clerk is directed to terminate all pending motions and close the case.

**IT IS SO ORDERED.**

Dated:   September 14, 2020

_____

VINCE CHHABRIA
United States District Judge

2